DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GODFREY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4233

[December 9, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Matthew I. Destry, Judge; L.T. Case No. 14-009458 CF10A.

Carey Haughwout, Public Defender, and Peggy Natale, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Luke R. Napodano, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

We grant the public defender's motion to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm appellant's conviction for failure to register as a sex offender and his sentence, except for the trial court's imposition of the $300 public defender fee. The trial court failed to make factual findings warranting the imposition of the additional $300. § 938.29, Fla. Stat. (2014); *Maestas v. State*, 76 So. 3d 991, 993 (Fla. 4th DCA 2011) (citing *Houle v. State*, 33 So. 3d 822, 823 (Fla. 4th DCA 2010)). We therefore remand to the trial court to reduce the public defender fee to the statutorily required $100 or to provide appellant proper notice and a hearing at which he can object to the greater amount imposed.

*Affirmed in part, reversed and remanded in part.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*